

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:         01-12-00591-CR

Style:         Matthew Hamann

         **v** The State of Texas

Date motion filed*:         February 13, 2013

Type of motion:         Motion to Supplement Appellate Record

Party filing motion:         Appellant

Document to be filed:

If motion to extend time:

         Deadline to file document:

         Number of previous extensions granted:

         Length of extension sought:

Ordered that motion is:

Appellant's motion to supplement the record with the unofficial copy of the trial court's charge from the Harris County District Clerk's website is DENIED. If appellant wishes to supplement the record because a requested item has been omitted, appellant should send a letter to the district clerk and request that the district clerk prepare, certify, and file with this Court a supplemental record containing the omitted item. *See* TEX. R. APP. P. 34.5(c).

Judge's signature: /s/ Justice Evelyn V. Keyes
         ☑ Acting individually    ☐ Acting for the Court

        Panel consists of _____.

Date: <u>March 12, 2013</u>